DORA GOTTLIEB, Appellant, v. MICHAEL ARCIERE and JAMES HARRIS, Respondents.— Judgment of the County Court of Nassau county reversed, without costs, and new trial ordered in Justice's Court and cause remitted to the County Court of Nassau county for the purpose of designating a justice and fixing a time for the new trial. The defendants' counterclaim, on which their judgment is based, is neither permissible nor proved, and plain-tiff's cause of action is not disposed of in the judgment. We think that a

new trial is essential, and that our discretion that the reversal be without costs should be exercised. (See Code provisions governing Justices' Courts and appeals to the Appellate Division.) Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.